IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ORLANDO LEWAYNE PILCHER,

    Petitioner,                                  No. CIV S-11-3044 CKD P

    vs.

ALLEN PEPPER, JR., et al.,

    Respondents.                               ORDER

/

Petitioner, a prisoner at Federal Correctional Institution, Herlong, has filed a document the court construes as a motion attacking his sentence under 28 U.S.C. § 2255.[1] Such a motion must be brought in the court that imposed the sentence under attack. 28 U.S.C. § 22545(a). Petitioner's sentence was imposed in the United States District Court for the Northern District of Mississippi. Therefore, the court will order this action transferred there.

/////

/////

/////

---

[1] The document submitted is actually a completed Eastern District of California form-application for writ of habeas corpus under 28 U.S.C. § 2241. However, petitioner challenges his federal conviction and, thus, the imposition of his sentence. Such a challenge generally must be made through a § 2255 motion rather than a § 2241 petition for writ of habeas corpus (a proper § 2241 petition generally challenges the execution, rather than the imposition of a federal sentence). Hernandez v. Campbell, 204 F.3d 861, 864 (9th Cir. 2000).

1   Accordingly, IT IS HEREBY ORDERED that this action is transferred to the
2   United States District Court for the Northern District of Mississippi.
3   Dated: December 1, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1/mp
milc3044.108